## Case No. 80.
### The ADELPHI.
### 1862.

MARITIME LIENS—SERVICES—SEAMEN—AGENCY.

[Cited in Flaherty v. Doane, Case No. 4,849, and The L. L. Lamb, 31 Fed. Rep. 34, to the point that seamen do not lose their lien on the vessel although hired by a charterer, since admiralty liens depend more on services rendered the ship than on any question of agency.]

[Note. Nowhere reported; opinion not now accessible.]